UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              CASE NO.

WILLIAM MARC GILFILLAN                              05-00910-5-ATS
REBECCA M. GILFILLAN

    DEBTORS


SOUTHEASTERN SHELTER CORPORATION
and JERRY CHESSON

    Plaintiffs                                      ADVERSARY PROCEEDING NO.

    v.                                              S-05-00112-5-AP

WILLIAM MARC GILFILLAN

    Defendant.

## JUDGMENT

The trial of this adversary proceeding pursuant to 11 U.S.C. § 523(a)(6) to determine the dischargeability of a debt owed by the chapter 7 debtor, William Marc Gilfillan, to the plaintiffs, Southeastern Shelter Corporation and Jerry Chesson, was held in Raleigh, North Carolina on March 16, 2006.  The court's findings of fact and conclusions of law are set forth in a memorandum opinion entered on this date.  Based on those findings of fact and conclusions of law,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the debt owed by the debtor, William Marc Gilfillan, to the plaintiffs, Southeastern Shelter Corporation and Jerry Chesson, is **NOT NONDISCHARGEABLE** pursuant to 11 U.S.C. § 523(a)(6).

    DATED:  March 20, 2006

*/s/ A. Thomas Small*
A. Thomas Small
United States Bankruptcy Judge